In Re:

ALEXANDRA HORVATH,                Case no. 05-60172

    Debtor.

- - - - - - - - - - - - - - - -X

Interim Fee(s) Previously Awarded $ -0-
Interim Fee(s) Previously Sought $ -0-

Retainer Paid  -0-

BACKENROTH FRANKEL & KRINSKY, ESQS.
Name of Firm/Party in Interest
Attorneys for Debtor

Previously Awarded $ -0-

Previously Sought $ -0-

Final Fee Sought        $59,861

Final Expenses Sought  $ 3,236

| Name of Professionals | Year Admitted | Hours Engaged | Rate(s) | Total | Fee(s) Charged for similar work not in Bankruptcy matters and percentage received | Time Records Submitted |
|---|---|---|---|---|---|---|
| Abraham Backenroth | | 22.7-2005<br>41.0-2006 | $ 465.<br>485 | $10,555.50<br>19,885.00 | | Yes |
| Mark Frankel | | 32.3-2005 | 410<br>435 | $12,243<br>15,616 | | Yes |
| Scott Krinksy | | 1.0 | 375 | $ 375 | | Yes |
| Ruth Watkins | | 1.2 | 155 | $ 186 | | Yes |

Is the time spent in preparing the fee application included in the total hours described in the application?

_____ Yes   X   No

Dollar Value of Time Spent in Preparing Fee Application(s) if Compensation therefor is sought
$ -0-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                    Chapter 11

ALEXANDRA HORVATH,                                    Case No.  05-60172

                           Debtor.
-------------------------------------------------------x


**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF BACKENROTH FRANKEL &
KRINSKY, LLP, PURSUANT TO SECTION 330 OF THE BANKRUPTCY
CODE**


        Backenroth Frankel & Krinsky, LLP ("BFK"), attorneys for Alexandra Horvath

(the "Debtor"), as and for its final application for allowance of compensation and reimbursement

of expenses, pursuant to §330 of the Bankruptcy code, respectfully represents as follows:


## APPLICATION


        1.        On or about December 7, 2005 (the "Filing Date"), the Debtor filed a

Chapter 11 petition.


        2.        The Debtor is the spouse of Joseph Greenblatt, who has a related case in

this Court, and who is the principal of the numerous Maywood cases also pending in this Court.

3.      As a consequence of Joseph Greenblatt's financial turmoil, his family has also encountered financial problems, which necessitated the Debtor's filing.

4.      Indeed, as of the Filing Date, a foreclosure sale of the Debtor's Westhampton residence was pending, and a foreclosure complaint had been filed against the Debtor's New York residence.

5.      The New Jersey Attorney General was seeking to enforce a seizure order in New Jersey State Court proceedings as well.

6.      Against this background, upon the advice of the Applicant, the Debtor filed her Chapter 11 petition with the intention of liquidating certain assets, reducing her liabilities and making distributions to creditors in an orderly way, with the ultimate goal of obtaining financial stability for her family.

7.      In that regard, the Debtor believed that she had equity in her real properties of about $1.3 million, and, aside from claims arising from her husband's problems, the Debtor's unsecured debt totaled only about $200,000, most of which predated the bankruptcy by at least one year.

8.      Accordingly, the undersigned and the Debtor contemplated that if the Debtor sold her Westhampton residence and her New York residence, and managed her finances

conservatively going forward, she would be able to pay all of her creditors in full, and, ultimately, lessen the blow to her family arising from her husband's problems.

9.      It should be noted in that upon the Applicant's advice, the Debtor freely acknowledged that her husband contributed the funds needed to purchase the family homes. Accordingly, the Debtor anticipated that claims would be made to recover those funds. The Applicant researched the issue and determined that the Debtor had possible defenses to such claims, including, without limitation, defenses arising from the boilerplate proposition that transfers from a husband to a wife are not fraudulent where such transfers further a husband's family support obligations. E.g. Federal Deposit Insurance Co. v. Malin 802 F.2d 12 (2d Cir. 1986).

10.      In an addition, the Applicant and the Debtor maintained that the appreciation in the value of the real estate, which constituted almost all of the Debtor's realizable property, belonged to the Debtor's estate alone.

11.      Notwithstanding the Applicant's best efforts to execute the Chapter 11 strategy described above, the Debtor's ability to work with counsel to implement the strategy quickly deteriorated due to the many pressures she was under during that difficult period.

12.     Ultimately, therefore, upon the motion of the United States Trustee, the Bankruptcy Court appointed a Chapter 7 Trustee to liquidate the real properties and take charge of the Debtor's estate.

13.     Notwithstanding the appointment of the Trustee, the Applicant continued to work with all of the parties to create and implement a global settlement agreement among Joseph Greenblatt, Max Greenblatt, the Debtor and the various trustees of their respective bankruptcy estates. The Applicant incurred unpaid fees equal to many multiples of the amounts requested herein to effectuate the settlement and ensure the parties' continued cooperation thereafter.

14.     Thus, the Applicant bestowed substantial benefits, not only upon the Debtor's estate, but on all the estates by  negotiating the omnibus settlement between the estates, and thereafter expending enormous amounts of time in serving as liaison with the Trustees to provide information to prosecute claims and obtain recoveries for creditors. No compensation is requested herein for such services.

15.     In order for BFK to fulfill its responsibilities to the creditors and the Court, for the period from the inception of the case through the conversion of the case on April 1, 2006 it was necessary for BFK to expend $ 59,861.00  in time charges and $3,235.98 in disbursements, for a total of $$ 63,096.98, calculated as follows:

| ATTORNEY | | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| AJB | 05 | 22.7 | $465 | $10,555.50 |
| | 06 | 41.0 | $485 | $19,885.00 |
| MAF | 05 | 32.3 | $410 | $13,243.00 |
| | 06 | 35.9 | $435 | $15,616.50 |
| SAK | 05 | 1.0 | $375 | $    375.00 |
| RW | 06 | 1.2 | $155 | $    186.00 |

| | |
|---|---|
| Total Time Charges | $ 59,861.00 |
| Disbursements | $  3,235.98 |
| Total | $ 63,096.98 |

A schedule of time charges and disbursements is annexed hereto as Schedule A.  Under the omnibus settlement negotiated by applicant between the estates, a $64,000 carve-out was provided for applicant out of the proceeds of sale of the New York residence owned by Alexandra Horvath, in recognition of the substantial services rendered by applicant in this and the related cases.

16.     A breakdown of the time charges follows for the entire period of this case

follows:

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 17.5 | $8,001.50 |
| Asset Disposition | 6.6 | $3.158.50 |
| Business Operations | 0.1 | $41.00 |
| Case Administration | 34.2 | $15,323.50 |
| Fee/Employment Applications | 8.0 | $3,525.00 |
| Litigation - New Jersey Attorney General TRO Application | 29.0 | $12,742.50 |
| Litigation - United States Trustee Conversion Motion | 16.0 | $7,270.00 |
| Meeting of Creditors | 10.7 | $4,714.50 |
| Relief From Stay Proceedings | 12.0 | $5,084.50 |

## CONCLUSION

WHEREFORE, Applicant respectfully request that the fees be awarded in the amount requested and that the Court grant such other, further and different relief as is just and proper.

Dated: New York, New York
      September 11, 2007

                           BACKENROTH FRANKEL & KRINSKY, LLP
                           Attorneys for the Debtor

By:    /s/ Abraham Backenroth
           Abraham Backenroth (AB-1989)
           489 Fifth Avenue, 28th Floor
           New York, New York 10017
           (212) 593-1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                    Chapter 11

ALEXANDRA HORVATH,                                      Case No.  05-60172

                                          Debtor.
-------------------------------------------------------x

## CERTIFICATE OF PROFESSIONAL

In accordance with the **Guidelines for Fees and Disbursements for**

**Professionals In Southern District of New York Bankruptcy Cases** (the "Guidelines"),

Abraham Backenroth, a member of the law firm of Backenroth, Frankel & Krinsky, LLP, 489

Fifth Avenue, New York, New York  10017 (the "Applicant"), hereby certifies as follows:

1.  I have read the foregoing Application for Allowance of Compensation and

Reimbursement of Expenses by Counsel for the Debtor (the "Application").

2.       To the best of my knowledge, information and belief, formed after

reasonable inquiry, the Application complies with the mandatory guidelines set forth in the

Guidelines, except as otherwise noted therein.

3.       To the best of my knowledge, information and belief, formed after

reasonable inquiry, the fees and disbursements sought by Applicant fall within bounds of the

Guidelines, except as specifically noted and described in the Application.

4.      Except to the extent that fees and disbursements are prohibited by the Guidelines, the fees and disbursements sought by Applicant are billed at rates, and in accordance with, practices customarily employed by Applicant and generally accepted by Applicant's clients.

5.      The Debtor has been provided, with statements of fees and disbursements that accrued during the months relating to the fee requested.

6.      In providing a reimbursable service, Applicant does not make a profit on that service.

7.      In charging for a particular service, Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

8.      In seeking reimbursements for a service which Applicant justifiably purchased or contracted for from a third party, Applicant requests reimbursements only for the amount billed to Applicant and paid to such vendor.

Dated:      New York, New York
            September 11, 2007

                                    s/Abraham J. Backenroth

---

## Selection Criteria

| Clie.Selection | Include: Greenblatt |
|---|---|
| Slip.Date | Earliest - 3/31/2006 |

---

| Nickname | Greenblatt \| Greenblat | | |
|---|---|---|---|
| Full Name | Greenblatt | | |
| Address | | | |
| Business | | Fax | |
| Home | | Other | |
| In Ref To | | | |
| Last bill | | | |
| Last charge | 3/31/2006 | | |
| Last payment | 11/1/2006 | Amount | $54,000.00 |

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 12/1/2005 | AJB/05 | 465.00 | 2.40 | 1,116.00 | Billable |
| 41745 | Bankruptcy | | | | |
| | Meeting with client re Chapter 11 filing (1.1); conf calls re same (.8); review documents re same (.5). | | | | |
| 12/1/2005 | MAF/05 | 410.00 | 2.00 | 820.00 | Billable |
| 42154 | Bankruptcy | | | | |
| | O/c client re Chapter 11 filing | | | | |
| 12/6/2005 | AJB/05 | 465.00 | 1.90 | 883.50 | Billable |
| 41785 | Bankruptcy | | | | |
| | Conf call with client re Chapter 11 filing (.8); conf calls with prospective counsel re same (.7); conf with MF re same (.4). | | | | |
| 12/6/2005 | MAF/05 | 410.00 | 1.50 | 615.00 | Billable |
| 41792 | Bankruptcy | | | | |
| | O/C client re Ch. 11 filing. | | | | |
| 12/7/2005 | MAF/05 | 410.00 | 6.00 | 2,460.00 | Billable |
| 41797 | Bankruptcy | | | | |
| | Teleconference client re Ch. 11 filing (.5); petition preparation and o/c client re same (5.5). | | | | |
| 12/7/2005 | AJB/05 | 465.00 | 1.70 | 790.50 | Billable |
| 41803 | Bankruptcy | | | | |
| | Review contempt correspondance (.5); conf call with Carlebach re same (.6); conf with MF re same (.5); review order from State Court re same (.1). | | | | |
| 12/8/2005 | AJB/05 | 465.00 | 0.90 | 418.50 | Billable |
| 41889 | Bankruptcy | | | | |
| | Conf with MF re automatic stay, Chapter 11 petition and case strategy. | | | | |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 12/8/2005 41895 | MAF/05 Bankruptcy | 410.00 | 5.20 | 2,132.00 | Billable |
| | Teleconference Joel Shack re auto stay (.2) and t/c Greenblatt re same (.3); reviewed pleadings re same (1.2); completed filed petition (3.5). | | | | |
| 12/9/2005 41901 | MAF/05 Bankruptcy | 410.00 | 3.70 | 1,517.00 | Billable |
| | Teleconference cient re condo services and stay letters (.3); drafted same (.5); reviewed pleadings in related case (2.9). | | | | |
| 12/12/2005 41918 | MAF/05 Bankruptcy | 410.00 | 1.00 | 410.00 | Billable |
| | Teleconference Joel Shneck re NJ depo (.3); t/c Greenwald re TRO (.5); t/c Carlbach re same (.2). | | | | |
| 12/12/2005 41930 | AJB/05 Bankruptcy | 465.00 | 1.70 | 790.50 | Billable |
| | Conf call with Greenblatt re TR) (.8); conf call with Carlebach re same (.4); conf with MF re same (5). | | | | |
| 12/13/2005 41926 | AJB/05 Bankruptcy | 465.00 | 0.60 | 279.00 | Billable |
| | Conf call with Carlebach re TRO. | | | | |
| 12/13/2005 41934 | MAF/05 Bankruptcy | 410.00 | 0.10 | 41.00 | Billable |
| | Teleconference client re Condo services. | | | | |
| 12/14/2005 41948 | AJB/05 Bankruptcy | 465.00 | 1.30 | 604.50 | Billable |
| | Conf with MF re disclosure issues (.4); conf call with client re discovery and disclosure issues (.9). | | | | |
| 12/14/2005 41954 | MAF/05 Bankruptcy | 410.00 | 0.10 | 41.00 | Billable |
| | Teleconference client re OSC and re depo. | | | | |
| 12/15/2005 41960 | MAF/05 Bankruptcy | 410.00 | 0.60 | 246.00 | Billable |
| | Teleconference sceck re NJ depo (.4); t/c J. Greenblatt re same (.2). | | | | |
| 12/15/2005 41972 | AJB/05 Bankruptcy | 465.00 | 1.70 | 790.50 | Billable |
| | Conf call with client re dismissal motion (.7); conf call with Carlebach re same (.7); conf with MF re same (.3). | | | | |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/16/2005 41976 | AJB/05 Bankruptcy Conf with MF re Trustee issues. | 465.00 | 0.70 | 325.50 | Billable |
| 12/16/2005 41987 | MAF/05 Bankruptcy Reviewed OSC and related pleadings. | 410.00 | 0.50 | 205.00 | Billable |
| 12/19/2005 41981 | AJB/05 Bankruptcy Conf with MF re motion for Trustee (.4); conf call with Carlebach re same (.9). | 465.00 | 1.30 | 604.50 | Billable |
| 12/19/2005 41991 | MAF/05 Bankruptcy Teleconference client re materials for NJAG (.2); reviewed conversion motion (.7); t/c Carlebach re same (.4); o/c AJB re same (.2). | 410.00 | 1.50 | 615.00 | Billable |
| 12/20/2005 42001 | AJB/05 Bankruptcy Several conf calls re opposition to Trustee motion (2.5); conf with MF re same (.3). | 465.00 | 2.80 | 1,302.00 | Billable |
| 12/20/2005 42080 | MAF/05 Bankruptcy Teleconference client and Schneck re 12/22 hearing and drafted dismissal obj. | 410.00 | 6.80 | 2,788.00 | Billable |
| 12/20/2005 42256 | SAK/05 Bankruptcy Consideration of issues re fraudlent conveyances re spouse (.8); conf with Mr. Frankel re same (.2). | 375.00 | 1.00 | 375.00 | Billable |
| 12/21/2005 42005 | AJB/05 Bankruptcy Review and modif of opposition papers (1.9); conf call with MF re same (.2); call to client re same (.3). | 465.00 | 2.40 | 1,116.00 | Billable |
| 12/22/2005 42008 | AJB/05 Bankruptcy To Court on motion re Trustee and negotiations with parties (3.0); conf with Greenblatt re same (.3). | 465.00 | 3.30 | 1,534.50 | Billable |
| 12/22/2005 42083 | MAF/05 Bankruptcy To Court re dismissal. | 410.00 | 3.00 | 1,230.00 | Billable |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|--------------:|---------------:|---------------:|-------|
| 12/29/2005 42102 | MAF/05 Bankruptcy | 410.00 | 0.30 | 123.00 | Billable |
| | Teleconferences client re sale of Westhampton home. | | | | |
| 1/6/2006 42142 | AJB/06 Bankruptcy | 485.00 | 2.40 | 1,164.00 | Billable |
| | Conf with MF re sale issues (.6) and call to client re same and Trustee matters (1.8). | | | | |
| 1/9/2006 42150 | AJB/06 Bankruptcy | 485.00 | 1.20 | 582.00 | Billable |
| | Several calls with client re sale and Trustee (.9); conf with MF re same (.3). | | | | |
| 1/9/2006 42607 | MAF/06 Bankruptcy | 435.00 | 0.10 | 43.50 | Billable |
| | T/c Lucas re case conference 1/27 at 10:00 | | | | |
| 1/11/2006 42327 | MAF/06 Bankruptcy | 435.00 | 0.10 | 43.50 | Billable |
| | Teleconference client re meeting on 16th after 4. | | | | |
| 1/12/2006 42188 | AJB/06 Bankruptcy | 485.00 | 1.40 | 679.00 | Billable |
| | Conf with MF re sale issues and defense of proceeds (.2); conf with client re same (1.2). | | | | |
| 1/16/2006 42331 | MAF/06 Bankruptcy | 435.00 | 0.40 | 174.00 | Billable |
| | Teleconference Kerrigan re listing agent (.2); reviewed same (.2). | | | | |
| 1/23/2006 42393 | AJB/06 Bankruptcy | 485.00 | 0.90 | 436.50 | Billable |
| | Conf with MF re broker and retention issues. | | | | |
| 1/24/2006 42397 | AJB/06 Bankruptcy | 485.00 | 0.80 | 388.00 | Billable |
| | Conf with MF re issues concerning sale. | | | | |
| 1/24/2006 42434 | MAF/06 Bankruptcy | 435.00 | 0.20 | 87.00 | Billable |
| | Teleconference client re 341. | | | | |
| 1/26/2006 42445 | MAF/06 Bankruptcy | 435.00 | 3.00 | 1,305.00 | Billable |
| | To Court re 341. | | | | |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/30/2006 43034 | RW/06 Bankruptcy | 155.00 | 1.00 | 155.00 | Billable |
| | Service, preparation of Affidavit of Service and filing of such with Court. | | | | |
| 1/31/2006 42482 | AJB/06 Bankruptcy | 485.00 | 0.60 | 291.00 | Billable |
| | Conf with Greenblatt. | | | | |
| 1/31/2006 42648 | MAF/06 Bankruptcy | 435.00 | 0.10 | 43.50 | Billable |
| | T/c client re 3/3 status conference. | | | | |
| 2/1/2006 42494 | AJB/06 Bankruptcy | 485.00 | 1.80 | 873.00 | Billable |
| | Conf with MF re status conf (.3); conf with client re same and problems with other claimaints/Trustees (1.5). | | | | |
| 2/2/2006 42496 | MAF/06 Bankruptcy | 435.00 | 1.90 | 826.50 | Billable |
| | Ddrafted and amended status report (.2): drafted BFK retention app (.5); drafted Broker retention app (.5); t/c insurance broker (.3); t/c broker re sale (.2); t/c Campo re 2/3 hearing re John Kinsey (.2). | | | | |
| 2/3/2006 42504 | MAF/06 Bankruptcy | 435.00 | 3.80 | 1,653.00 | Billable |
| | To Court re status conf (2.5); revised Keeringan retention (.5); prep for hearing (.8); | | | | |
| 2/6/2006 42515 | MAF/06 Bankruptcy | 435.00 | 0.60 | 261.00 | Billable |
| | Teleconference Joe G re 2/14 hearing (.2); t/c Broker re retention (.4). | | | | |
| 2/8/2006 42537 | MAF/06 Bankruptcy | 435.00 | 0.10 | 43.50 | Billable |
| | Teleconference J Greenblatt re adj 341 and materials for UST. | | | | |
| 2/9/2006 42577 | AJB/06 Bankruptcy | 485.00 | 1.30 | 630.50 | Billable |
| | Conf with MF re settlement meeting (.3); conf with Greenblatt re closing document (1.0). | | | | |
| 2/9/2006 42652 | MAF/06 Bankruptcy | 435.00 | 0.60 | 261.00 | Billable |
| | T/c Greenblatt re mtg with Campo (.1); t/c Wolf H re common changes (.1); t/c Greenblatt re Campo meeting (.2); t/c Campo re same (.1); email re same (.1) | | | | |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/13/2006 42710 | AJB/06 Bankruptcy | 485.00 | 1.80 | 873.00 | Billable |
| | Conf with Joe Greenblatt re closing documents and other issues (1.0); review documents (.8). | | | | |
| 2/14/2006 42700 | MAF/06 Bankruptcy | 435.00 | 2.80 | 1,218.00 | Billable |
| | Reviewed documents for UST (.8); setlement conf call (2.0). | | | | |
| 2/14/2006 42713 | AJB/06 Bankruptcy | 485.00 | 2.30 | 1,115.50 | Billable |
| | Settlement; conf with all parties (2.0); conf with MF (.3). | | | | |
| 2/15/2006 42721 | AJB/06 Bankruptcy | 485.00 | 1.90 | 921.50 | Billable |
| | Conf calls with Greenblatt re documents and info re houses (1.4); conf with MF re same (.5). | | | | |
| 2/15/2006 42731 | MAF/06 Bankruptcy | 435.00 | 0.60 | 261.00 | Billable |
| | Telconference client re 341 meeting (.1); o/c AJB re same and re settlement (.5). | | | | |
| 2/16/2006 42737 | MAF/06 Bankruptcy | 435.00 | 2.00 | 870.00 | Billable |
| | O/C client re Ch.11 objections. | | | | |
| 2/16/2006 42748 | AJB/06 Bankruptcy | 485.00 | 3.10 | 1,503.50 | Billable |
| | Meeting with MF and client re operating reports, documents re closing on properties and mortgage payments etc. | | | | |
| 2/17/2006 42746 | MAF/06 Bankruptcy | 435.00 | 0.50 | 217.50 | Billable |
| | Drafting Kerringan retention. | | | | |
| 2/21/2006 42765 | AJB/06 Bankruptcy | 485.00 | 0.80 | 388.00 | Billable |
| | Conf call with Greenblatt re document discovery issues and other items. | | | | |
| 3/1/2006 42816 | AJB/06 Bankruptcy | 485.00 | 3.30 | 1,600.50 | Billable |
| | Document review. | | | | |
| 3/2/2006 42830 | MAF/06 Bankruptcy | 435.00 | 0.30 | 130.50 | Billable |
| | Teleconference Kerigan re retention affidavit (.2); t/c client re infor for op reports, UST, Jaguar and DIP accts (.1). | | | | |

9/11/2007
2:23 PM

Backenroth, Frankel & Krinsky, LLP
Pre-bill Worksheet

Page 7

Greenblatt: Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/3/2006 42835 | MAF/06 Bankruptcy | 435.00 | 0.80 | 348.00 | Billable |
| | Teleconference client re op reports and other defaults (.1); completed and filed broker retention app (.7). | | | | |
| 3/6/2006 42856 | MAF/06 Bankruptcy | 435.00 | 0.70 | 304.50 | Billable |
| | Teleconference M. Greenblatt re contract with client (.1). o/c AJB re same (.1); arranged for service of retention (.5). | | | | |
| 3/6/2006 42867 | AJB/06 Bankruptcy | 485.00 | 1.30 | 630.50 | Billable |
| | Conf call with Trustee re sale (.2); conf with MF re same (.3); conf call with Greenblatt re same (.8). | | | | |
| 3/7/2006 42873 | MAF/06 Bankruptcy | 435.00 | 1.00 | 435.00 | Billable |
| | Teleconference MHT re Jaguar (.1); o/c AJB re fianancing prop (.3); t/c campo re broker (.3); t/c Condo re comm changes (.3). | | | | |
| 3/7/2006 42877 | AJB/06 Bankruptcy | 485.00 | 4.40 | 2,134.00 | Billable |
| | Conf with witness re discovery. | | | | |
| 3/9/2006 42970 | AJB/06 Bankruptcy | 485.00 | 1.30 | 630.50 | Billable |
| | Conf with MF re compliance issues (.4); conf with witness re discovery (.9). | | | | |
| 3/10/2006 42973 | AJB/06 Bankruptcy | 485.00 | 0.20 | 97.00 | Billable |
| | Call from witness. | | | | |
| 3/13/2006 43415 | MAF/06 Bankruptcy | 435.00 | 0.10 | 43.50 | Billable |
| | T/c brokerr re terms of broker retention. | | | | |
| 3/14/2006 43062 | MAF/06 Bankruptcy | 435.00 | 0.20 | 87.00 | Billable |
| | Teleconferene Lunneen re terms of retention. | | | | |
| 3/15/2006 43063 | MAF/06 Bankruptcy | 435.00 | 0.50 | 217.50 | Billable |
| | Teleconference Court re retention (.2); t/c UST re same (.2); o/c AJB re same (.1). | | | | |
| 3/16/2006 43111 | MAF/06 Bankruptcy | 435.00 | 1.50 | 652.50 | Billable |
| | Teleconference LLM re discharge extension (.1); revised Kerigan order, letter to Ccourt re same t/c Chambers re same (1.1); t/c Campo re same | | | | |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | (.3). | | | | |
| 3/16/2006<br>43496 | RW/06<br>Bankruptcy<br>Filing of documents online; service | 155.00 | 0.20 | 31.00 | Billable |
| 3/17/2006<br>43115 | MAF/06<br>Bankruptcy<br>O/C AJB re Broker order and Campo demand for adj. | 435.00 | 0.30 | 130.50 | Billable |
| 3/17/2006<br>43198 | AJB/06<br>Bankruptcy<br>Conf call with witness. | 485.00 | 0.30 | 145.50 | Billable |
| 3/20/2006<br>43216 | AJB/06<br>Bankruptcy<br>Conf call with Greenblatt re stipulation (.3); conf from Campo re same (.2); review and modif of stip (.8). | 485.00 | 1.30 | 630.50 | Billable |
| 3/21/2006<br>43428 | MAF/06<br>Bankruptcy<br>Teleconferences Campo re retention adj. | 435.00 | 0.30 | 130.50 | Billable |
| 3/22/2006<br>43277 | MAF/06<br>Bankruptcy<br>Teleconference Greenblatt re info for Havath 341. | 435.00 | 0.20 | 87.00 | Billable |
| 3/23/2006<br>43299 | AJB/06<br>Bankruptcy<br>Call from Greenblatt re 341 (.3); conf with MF re 341 meeting and motion pending (.9). | 485.00 | 1.20 | 582.00 | Billable |
| 3/23/2006<br>43435 | MAF/06<br>Bankruptcy<br>Teleconferences parties re 341 meeting. | 435.00 | 2.50 | 1,087.50 | Billable |
| 3/27/2006<br>43363 | AJB/06<br>Bankruptcy<br>Conf with MF re response papers to Trustee motion. | 485.00 | 0.40 | 194.00 | Billable |
| 3/27/2006<br>43442 | MAF/06<br>Bankruptcy<br>Drafting obj to motions scheduled for 3/31 (2.9); t/c's client re op reports (.3). | 435.00 | 3.20 | 1,392.00 | Billable |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/28/2006 43374 | AJB/06 Bankruptcy | 485.00 | 1.20 | 582.00 | Billable |
| | Conf calls to client re adequate protection payments (.9); conf with MF re same (.3). | | | | |
| 3/28/2006 43444 | MAF/06 Bankruptcy | 435.00 | 3.30 | 1,435.50 | Billable |
| | Drafting obj to UST motion, NJ motion and lift stay motions. | | | | |
| 3/29/2006 43386 | AJB/06 Bankruptcy | 485.00 | 1.10 | 533.50 | Billable |
| | Conf with MF re opposition to Trustee's motion (.1); call from Greenblatt re same (1.0). | | | | |
| 3/30/2006 43457 | MAF/06 Bankruptcy | 435.00 | 2.90 | 1,261.50 | Billable |
| | O/C Greenblatt and prep for 3/31 hearing. | | | | |
| 3/30/2006 43470 | AJB/06 Bankruptcy | 485.00 | 1.40 | 679.00 | Billable |
| | Prep for hearing (.9); conf with MF re same (.5). | | | | |
| 3/31/2006 43461 | MAF/06 Bankruptcy | 435.00 | 1.30 | 565.50 | Billable |
| | Teleconferences client and o/c AJB re Ch. 7 conversion. | | | | |
| 3/31/2006 43467 | AJB/06 Bankruptcy | 485.00 | 3.30 | 1,600.50 | Billable |
| | To Court on conversion motion (2.5); conf call re next step (.8). | | | | |

| TOTAL | Billable Fees | | 134.10 | $59,861.00 | |
|---|---|---|---|---|---|

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/6/2005 42056 | MAF/05 Transportation | 81.60 | 1.000 | 81.60 | Billable |
| | Transportation; | | | | |
| 12/7/2005 42057 | MAF/05 Transportation | 70.89 | 1.000 | 70.89 | Billable |
| | Transportation; | | | | |
| 12/7/2005 42579 | MAF/05 Lexis/Westlaw | 7.00 | 19.000 | 133.00 | Billable |
| | Research (minutes); | | | | |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/8/2005 42388 | MAF/05 Filing Fee Chapter 11 Filing Fee; | 1039.00 | 1.000 | 1,039.00 | Billable |
| 12/19/2005 42015 | AJB/05 Telecopier Fax; | 1.00 | 58.000 | 58.00 | Billable |
| 12/20/2005 42580 | MAF/05 Lexis/Westlaw Research (minutes); | 7.00 | 95.000 | 665.00 | Billable |
| 12/21/2005 42016 | AJB/05 Telecopier Fax; | 1.00 | 19.000 | 19.00 | Billable |
| 1/3/2006 42135 | AJB/06 Telecopier Fax; | 1.00 | 50.000 | 50.00 | Billable |
| 1/18/2006 42377 | MAF/06 General Credit Infonet; | 103.00 | 1.000 | 103.00 | Billable |
| 2/14/2006 43246 | MAF/06 Lexis/Westlaw Research (minutes); | 4.17 | 64.240 | 267.88 | Billable |
| 2/15/2006 42995 | AJB/06 Copies Xerox Copies; | 0.20 | 1041.000 | 208.20 | Billable |
| 2/15/2006 43222 | MAF/06 Messenger Messenger service; | 13.41 | 3.000 | 40.23 | Billable |
| 2/16/2006 43184 | MAF/06 Transportation Transportation; | 40.80 | 1.000 | 40.80 | Billable |
| 2/17/2006 43223 | MAF/06 Messenger Messenger service; | 13.41 | 1.000 | 13.41 | Billable |
| 3/6/2006 42999 | AJB/06 Copies Xerox Copies; | 0.20 | 205.000 | 41.00 | Billable |

Greenblatt:Greenblatt (continued)

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---------|------------------|---------------|----------|--------|-------|
| 3/6/2006 43280 | AJB/06 Postage Postage; | 0.87 | 17.000 | 14.79 | Billable |
| 3/6/2006 43807 | MAF/06 Messenger Messenger service; | 8.97 | 1.000 | 8.97 | Billable |
| 3/7/2006 43509 | AJB/06 Transportation Transportation; | 59.67 | 1.000 | 59.67 | Billable |
| 3/15/2006 43748 | MAF/06 Lexis/Westlaw Research (minutes); | 1.75 | 61.470 | 107.57 | Billable |
| 3/16/2006 43208 | MAF/06 Telecopier Fax; | 1.00 | 12.000 | 12.00 | Billable |
| 3/16/2006 43209 | MAF/06 Telecopier Fax; | 1.00 | 8.000 | 8.00 | Billable |
| 3/16/2006 43808 | MAF/06 Messenger Messenger service; | 13.41 | 1.000 | 13.41 | Billable |
| 3/23/2006 43856 | MAF/06 Transportation Transportation; | 70.89 | 1.000 | 70.89 | Billable |
| 3/24/2006 43745 | SAK/06 Lexis/Westlaw Research (minutes); | 1.75 | 59.240 | 103.67 | Billable |
| 3/30/2006 43424 | AJB/06 Telecopier Fax; | 1.00 | 3.000 | 3.00 | Billable |
| 3/31/2006 43492 | AJB/06 Telecopier Fax; | 1.00 | 3.000 | 3.00 | Billable |

TOTAL    Billable Costs

$3,235.98

Greenblatt:Greenblatt (continued)

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $59,861.00 |
| Total of Costs (Expense Charges) |  | $3,235.98 |
| Total new charges |  | $63,096.98 |