UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
§
HORVATH, ALEXANDRA CHRISTINE § Case No. 05-60172 RDD
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that IAN J. GAZES, TRUSTEE (SDNY), trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/18/2014 in Courtroom ,

United States Bankruptcy Court (SDNY)
300 Quarropas Street
White Plains, NY 10601

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/27/2014          By: Ian J. Gazes
                                          Trustee

*IAN J. GAZES, TRUSTEE (SDNY)*
*151 HUDSON STREET*
*GROUND FLOOR*
*NEW YORK, NY 10013*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: § | |
| § | |
| HORVATH, ALEXANDRA CHRISTINE § | Case No. 05-60172 RDD |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ |
| and approved disbursements of | $ |
| leaving a balance on hand of[1] | $ |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: IAN J. GAZES, TRUSTEE (SDNY) | $ | $ | $ |
| Attorney for Trustee Fees: Gazes LLC | $ | $ | $ |
| Accountant for Trustee Fees: Barbee & Associates, Inc. | $ | $ | $ |
| Accountant for Trustee Expenses: Barbee & Associates, Inc. | $ | $ | $ |
| Fees: OFFICE OF THE UNITED STATES TRUSTEE | $ | $ | $ |
| Other: CONSOLIDATED EDISON COMPANY OF NY, INC. | $ | $ | $ |
| Other: GAZES LLC | $ | $ | $ |
| Other: GAZES LLC | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Gazes LLC | $ | $ | $ |
| Other: Marcum Rachlin | $ | $ | $ |
| Other: Marcum Rachlin | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: CONSOLIDATED EDISON COMPANY OF NY, INC. | $ | $ | $ |
| Other: LONG ISLAND LIGHTING COMPANY | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | $ | $ | $ |
| 000023B | DEPARTMENT OF THE TREASURY | $ | $ | $ |
| 000042B | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCAST Settlement Corporation, assignee of | $ | $ | $ |
| 000002 | eCAST Settlement Corporation, assignee of | $ | $ | $ |
| 000003 | CONSOLIDATED EDISON COMPANY OF NY, INC. | $ | $ | $ |
| 000004 | FDS BANK/MACY'S | $ | $ | $ |
| 000005 | FDS BANK / BURDINES-MACY'S | $ | $ | $ |
| 000006 | FDS BANK/ BLOOMINGDALES | $ | $ | $ |
| 000007A | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | $ | $ | $ |
| 000008 | CHASE BANK USA, N.A. | $ | $ | $ |
| 000010 | T-MOBILE USA, INC. | $ | $ | $ |
| 000011 | SUFFOLK COUNTY WATER AUTHORITY | $ | $ | $ |
| 000012 | MBNA AMERICA BANK N.A. | $ | $ | $ |
| 000014 | BERGDORF GOODMAN | $ | $ | $ |
| 000015 | BARNEYS NEW YORK | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016 | CHASE BANK USA, N.A. | $ | $ | $ |
| 000018 | DISCOVER BANK | $ | $ | $ |
| 000020 | Capital Recovery One | $ | $ | $ |
| 000021 | Capital Recovery One | $ | $ | $ |
| 000023A | DEPARTMENT OF THE TREASURY | $ | $ | $ |
| 000024 | New Jersey Attorney General | $ | $ | $ |
| 000026 | Burger Family Trust, DTD | $ | $ | $ |
| 000027 | Craig Burger | $ | $ | $ |
| 000031 | Accord Financial Services | $ | $ | $ |
| 000033 | CITIBANK (USA) N.A. | $ | $ | $ |
| 000041 | Jaguar Credit | $ | $ | $ |
| 000042A | DEPARTMENT OF THE TREASURY | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ian J. Gazes
Trustee

*IAN J. GAZES, TRUSTEE (SDNY)*
*151 HUDSON STREET*
*GROUND FLOOR*
*NEW YORK, NY 10013*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.